# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**In re Archdiocese of Milwaukee,**

        Debtor,         **Bankruptcy Case No. 11-20059-SVK**

**ARCHBISHOP JEROME E. LISTECKI, as
Trustee of the Archdiocese of Milwaukee Catholic
Cemetery Perpetual Care Trust,**

        Plaintiff-Appellant-Movant,

   -vs-         **Case No. 13-C-179
Adv. Proc. No. 11-2459-SVK**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

        Defendant.

## DECISION AND ORDER

On April 1, the Court granted the appellant's motion for leave to pursue an interlocutory appeal. On April 10, the Court directed the Clerk's office to send a letter establishing a briefing schedule for the appeal pursuant to Federal Rule of Bankruptcy Appellate Procedure 8009. The appellant now moves to clarify, arguing primarily that a briefing schedule is premature because the record on appeal has not been completed and transmitted from the bankruptcy court to the district court. Fed. R. Bankr. P. 8007(b); 8009(a)(1) ("The appellant shall serve and file a brief within 14 days after entry of the appeal on the docket pursuant to Rule 8007").

-2-

The reason the Court directed the Clerk to establish a briefing schedule is because it seemed as if the complete record had already been transmitted pursuant to Rule 8007. *See* ECF No. 1, Attachment designated "Record on Appeal." Obviously, the Court was mistaken. Therefore, the appellant's motion to clarify [ECF No. 10] is **GRANTED**. The briefing schedule [ECF No. 7] is **VACATED**. Docketing and briefing should proceed as contemplated by the bankruptcy rules.

Dated at Milwaukee, Wisconsin, this 18th day of April, 2013.

**BY THE COURT:**

*Rudolph T. Randa*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**