# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**In re Archdiocese of Milwaukee,**

      Debtor,    **Bankruptcy Case No. 11-20059-SVK**

---

**ARCHBISHOP JEROME E. LISTECKI, as**
**Trustee of the Archdiocese of Milwaukee Catholic**
**Cemetery Perpetual Care Trust,**

      Plaintiff-Appellant,

  -vs-      **Case Nos. 13-C-179, 13-C-485**
         **Adv. Proc. No. 11-2459-SVK**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

      Defendant-appellee.

---

## ORDER

---

  On April 1, 2013, the Court granted the appellant's motion for leave to appeal in Case No. 13-C-179. The record on appeal was docketed in a separate civil case, Case No. 13-C-485, but it should have been docketed in the original case. Therefore, the Clerk of Court is directed to transfer the docket entries from Case No. 13-C-485 into Case No. 13-C-179 and then to close Case No. 13-C-485. The briefing schedule established by the May 1 briefing letter remains in effect.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2013.

                                           **BY THE COURT:**

                                           _____
                                           **HON. RUDOLPH T. RANDA**
                                           **U.S. District Judge**