# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

May 1, 2013

Linda S. Schmidt
Godfrey & Kahn SC
1 East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719

Albert Solochek
Howard, Solochek & Weber
324 East Wisconsin Avenue, Suite 1100
Milwaukee, Wisconsin 53202-4309

Gillian N. Brown
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067

Marci A. Hamilton
36 Timber Knoll Drive
Washington Crossing, Pennsylvania 18977

Re: **Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust v. Official Committee of Unsecured Creditors**
**Case No. 13-C-485**

Dear Counsel:

The Notice of Appeal in the above captioned matter was filed in this Court on April 30, 2013 and has been assigned to the Honorable Rudolph T. Randa.

The time limits set forth in Bankruptcy Rule 8009 will apply beginning with the date of this letter. You will receive no further notice from this office regarding the time limits for the filing of briefs.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

S/B. Ray
Deputy Clerk