# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

_____

**In re Archdiocese of Milwaukee,**

        **Debtor.**        Bankruptcy Case No. 11-20059-SVK
_____

**ARCHBISHOP JEROME E. LISTECKI,**
As Trustee of the Archdiocese of Milwaukee
Catholic Cemetery Perpetual Care Trust,

        **Appellant,**        Adv. Proc. No. 11-2459-SVK

        V.        CASE NUMBER:    13-C-179

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

        **Appellee.**
_____

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the **Official Committee of Unsecured Creditors cannot use the Bankruptcy Code to make the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust property of the bankruptcy estate because doing so would violate the Religious Freedom Restoration Act of 1993 (42 USC § 2000bb et seq.) ("RFRA") and the First Amendment to the United States Constitution.**

The motion of Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust for summary judgment, is GRANTED.

The motion of the Official Committee of Unsecured Creditors for partial summary judgment, is DENIED.

This action is hereby DISMISSED.

| | |
|---|---|
| __August 1, 2013__ | __JON W. SANFILIPPO__ |
| Date | Clerk |
| | |
| | __s/ Linda M. Zik__ |
| | (By) Deputy Clerk |

Approved:

_____
Hon. Rudolph T. Randa
U.S. District Judge

__August 1, 2013__
Date