IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK <br><br> District Court Case No. 13-CV-179 |
| Plaintiff-Appellant, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellee. | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO RECUSE THE HONORABLE RUDOLPH T. RANDA FROM THE CEMETERY TRUST LITIGATION AND CEMETERY RELATED PROCEEDINGS**

The Official Committee of Unsecured Creditors (the "Committee") moves this court for an order pursuant to 28 U.S.C. §§ 455(a) and 455(b)(4) recusing the Honorable Randolph T. Randa from presiding over any aspect of this adversary proceeding as well as from any other proceeding related to the Debtor's cemeteries (including but not limited to any objection to Proof of Claim 179, any rejection or assumptions of burial rights contracts, and any settlement or other disposition of the Cemetery Trust Litigation pursuant to a plan of reorganization or otherwise

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
      gbrown@pszjlaw.com

DOCS_LA:270214.1 05058/003

(the "Cemetery Related Proceedings").[1] This Motion is supported by the Affidavit of James I. Stang and the Memorandum of Points & Authorities submitted concurrently herewith.

Respectfully submitted,

Dated: August 12, 2013     By     */s/ Marci A. Hamilton, Esq.*
Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
Telephone: (215) 353-8984
Email: Hamilton.marci@gmail.com

Special Counsel to the Official Committee
of Unsecured Creditors

---

[1] This adversary proceeding was dismissed by the Judgment in a Civil Case entered by this Court on August 1, 2013. [Dist. Doc. No. 26] (the "Judgment of Dismissal"). In the event that the dismissal is subsequently overturned on appeal (or is vacated), the Committee seeks to recuse Judge Randa from all further proceedings in this matter. On August 12, 2013, the Committee filed a separate Motion to Vacate the Judgment and Decision Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and 28 U.S.C. § 455 (the "Motion to Vacate").

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ James Stang
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Erin Gray (CA Bar No. 157658)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  jstang@pszjlaw.com
         kbrown@pszjlaw.com
         gbrown@pszjlaw.com

-and-

Albert Solochek (State Bar No. 1011075)
Jason R. Pilmaier (State Bar No. 1070638)
Howard, Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
Telephone: (414) 272-0760
Facsimile: (414) 272-7265
E-mail:  asolochek@hswmke.com
         jpilmaier@hswmke.com

Attorneys for the Official Committee of Unsecured Creditors