IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK |
| | District Court Case No. 13-CV-179 |
| Plaintiff-Appellant, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellee. | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
DISCLOSURE STATEMENT IN COMPLIANCE WITH
CIVIL L. R. 7.1 AND FED. R. CIV. P. 7.1**

The undersigned, counsel of record for the Official Committee of Unsecured Creditors for the Archdiocese of Milwaukee, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

The following law firms and attorneys will appear for the Official Committee of Unsecured Creditors for the Archdiocese of Milwaukee:

    1.    Pachulski, Stang, Ziehl & Jones LLP

---

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
        gbrown@pszjlaw.com

DOCS_LA:270272.1 05058/003

2. Howard, Solochek & Weber, S.C.

3. Marci A. Hamilton (sole practitioner)

Respectfully submitted,

Dated: August 13, 2013                    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James Stang*
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Erin Gray (CA Bar No. 157658)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:  jstang@pszjlaw.com
             kbrown@pszjlaw.com
             gbrown@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

# CERTIFICATE OF SERVICE

I, James I. Stang, state that on August 13, 2013, I caused to be served to the parties listed on the attached **Exhibit A** as electronic mail recipients via ECF email delivery, the following document filed August 13, 2013:

1. OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DISCLOSURE STATEMENT IN COMPLIANCE WITH CIVIL L. R. 7.1 AND FED. R. CIV. P. 7.1

Dated: August 13, 2013    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James Stang*
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Erin Gray (CA Bar No. 157658)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:  jstang@pszjlaw.com
             kbrown@pszjlaw.com
             gbrown@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

# EXHIBIT A

- **Bruce G Arnold**
  barnold@whdlaw.com,BKapp@whdlaw.com
- **Gillian N Brown**
  gbrown@pszjlaw.com
- **Daryl L Diesing**
  ddiesing@whdlaw.com,pbartoli@whdlaw.com
- **William E Duffin**
  wduffin@gklaw.com,bsweeney@gklaw.com
- **Marci A Hamilton**
  hamilton.marci@gmail.com,hamilton02@aol.com
- **Lindsey M Johnson**
  ljohnson@whdlaw.com,lbukowski@whdlaw.com,clerario@whdlaw.com,lramirez@whdlaw.com
- **Francis H LoCoco**
  flococo@whdlaw.com,skoser@whdlaw.com
- **Timothy F Nixon**
  tnixon@gklaw.com,eseelig@gklaw.com,zraiche@gklaw.com
- **Jason R Pilmaier**
  jpilmaier@hswmke.com
- **Linda S Schmidt**
  lschmidt@gklaw.com,jschwartz@gklaw.com,nnelson@gklaw.com,jvandermeuse@gklaw.com
- **Albert Solochek**
  alsolochek@hswmke.com,skoceja@hswmke.com
- **James I Stang**
  jstang@pszjlaw.com,dhinojosa@pszjlaw.com
- **Jennifer L Vandermeuse**
  jvandermeuse@gklaw.com,eshipman@gklaw.com
- **Brady C Williamson**
  bwilliam@gklaw.com,jschwartz@gklaw.com,agrote@gklaw.com
- **Matthew M Wuest**
  mwuest@gklaw.com,bsweeney@gklaw.com