IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| Archdiocese of Milwaukee, | Bankruptcy Case No. 11-20059-SVK |
| Debtor. | |
| Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust, | Adv. Proc. No. 11-02459-SVK<br><br>District Court Case No. 13-CV-179 |
| Plaintiff-Appellee, | |
| vs. | |
| Official Committee of Unsecured Creditors, | |
| Defendant-Appellant. | |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

The Official Committee of Unsecured Creditors (the "Committee"), the defendant and counter-plaintiff in the above-entitled adversary proceeding, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Eastern District of Wisconsin (the "District Court") entered in this adversary proceeding on August 1, 2013, which appeal includes but is not limited to the Judgment in a Civil Case [Dist. Doc. No. 26] (the "Judgment") entered by the District Court on August 1, 2013, the Decision and Order [Dist. Doc. No. 24] (the "Decision and Order") entered by the District Court on July 29, 2013, and the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Pursuant to Remand [Dist. Doc. No. 25] (the "Proposed Findings") entered on the District Court docket on August 1, 2013. The parties to the Judgment, the Decision and Order

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
Telephone: (215) 353-8984
E-mail: Hamilton.marci@gmail.com

and the Proposed Findings appealed from and the names and addresses of their respective attorneys are as follows:

|  | Party | Attorneys |
|---|---|---|
| Appellant | Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of *In re Archdiocese of Milwaukee* | **Counsel of Record**<br>Marci A. Hamilton, Esq.<br>36 Timber Knoll Drive<br>Washington Crossing, PA 18977<br>Telephone: (215) 353-8984<br>E-mail: Hamilton.marci@gmail.com<br><br>**Co-Counsel**<br>James I. Stang (CA Bar No. 94435)<br>Kenneth H. Brown (CA Bar No. 100396)<br>Gillian N. Brown (CA Bar No. 205132)<br>Erin Gray (CA Bar No. 157658)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail: jstang@pszjlaw.com<br>kbrown@pszjlaw.com<br>gbrown@pszjlaw.com<br>egray@pszjlaw.com<br><br>-and-<br><br>Albert Solochek (State Bar No. 1011075)<br>Jason R. Pilmaier (State Bar No. 1070638)<br>Howard, Solochek & Weber, S.C.<br>324 E. Wisconsin Ave., Suite 1100<br>Milwaukee, WI 53202<br>Telephone: (414) 272-0760<br>Facsimile: (414) 272-7265<br>E-mail: asolochek@hswmke.com<br>jpilmaier@hswmke.com |
| Appellee | Archbishop Jerome E. Listecki, as Trustee of the Archdiocese of Milwaukee Catholic | Timothy F. Nixon<br>William E. Duffin<br>Godfrey & Kahn, S.C.<br>780 North Water Street |

2

|  | Cemetery Perpetual Care Trust | Milwaukee, WI 53202-3590<br>Telephone: (414) 273-3500<br>Facsimile: (414) 273-5198<br>Email: tnixon@gklaw.com<br>     weduffin@gklaw.com |
|---|---|---|

                Respectfully submitted,

Dated: August 26, 2013      By   */s/ Marci A. Hamilton, Esq.*
                Marci A. Hamilton, Esq.
                36 Timber Knoll Drive
                Washington Crossing, PA 18977
                Telephone: (215) 353-8984
                Email: Hamilton.marci@gmail.com

                Special Counsel to the Official Committee
                of Unsecured Creditors

3
DOCS_LA:270459.2 05058-003
Case 2:13-cv-00179-RTR Filed 08/26/13 Page 3 of 4 Document 36

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James Stang*
   James I. Stang (CA Bar No. 94435)
   Kenneth H. Brown (CA Bar No. 100396)
   Gillian N. Brown (CA Bar No. 205132)
   Erin Gray (CA Bar No. 157658)
   Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA  90067
   Telephone:  (310) 277-6910
   Facsimile:   (310) 201-0760
   E-mail:  jstang@pszjlaw.com
         kbrown@pszjlaw.com
         gbrown@pszjlaw.com
         egray@pszjlaw.com

   -and-

   Albert Solochek (State Bar No. 1011075)
   Jason R. Pilmaier (State Bar No. 1070638)
   Howard, Solochek & Weber, S.C.
   324 E. Wisconsin Ave., Suite 1100
   Milwaukee, WI  53202
   Telephone:  (414) 272-0760
   Facsimile:  (414) 272-7265
   E-mail:  asolochek@hswmke.com
         jpilmaier@hswmke.com

   Attorneys for the Official Committee of
   Unsecured Creditors

4
DOCS_LA:270459.2 05058-003
Case 2:13-cv-00179-RTR   Filed 08/26/13   Page 4 of 4   Document 36