# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.

District: **Eastern District of Wisconsin**  Docket No.: **13-C-179**
Division: **Milwaukee**

| Plaintiff (Petitioner) | Short Caption | Defendant (Respondent) |
|---|---|---|
| ( Archbishop Jerome E Listecki ) | v. | Official Committee of Unsecured Creditors |

**Current Counsel for Plaintiff (Petitioner):**  **Current Counsel for Defendant (Respondent):**
(Use separate sheet for additional counsel)

| | | | | |
|---|---|---|---|---|
| Name: | Brady C Williamson | | Name: | Marci A Hamilton |
| Firm: | Godfrey & Kahn SC | | Firm: | 36 Timber Knoll Dr |
| Address: | 1 E Main St - Ste 500 | | Address: | Washington Crossing, PA 18977 |
| | PO Box 2719 | | | 215-353-8984 |
| Phone No.: | Madison, WI 53701-2719 | | Phone No.: | |
| | 608-257-3911 | | | |

Judge: Rudolph T Randa
Court Reporter:

Nature of Suit Code: 422
Date Filed in District Court: 02/20/13
Date of Judgment: 07/29/13
Date of Notice of Appeal: 08/26/13

Counsel: ☐ Appointed  ☒ Retained  ☐ Pro Se

Fee Status: ☒ Paid  ☐ Due  ☐ IFP  ☐ IFP Pending  ☐ U.S.  ☐ Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office: ☐ Yes  ☒ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ☐ granted; ☐ denied; ☐ pending

If certificate of appealability was granted or denied, what is the date of the order: _____
If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**